IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

ANDREW DOORNBOS
Plaintiff,

v.

WINDTREE APARTMENTS, LLC d/b/a
WEIDNER INVESTMENT SERVICES, INC,
Defendant.

## COMPLAINT

COMES NOW the Plaintiff, above named, by and through his attorneys, Heuser & Heuser, LLP, Douglas P. Price, and for his cause of action against Defendant, states and alleges as follows:

1. Statement of Jurisdiction: Plaintiff is a resident of the State of Colorado. Defendant, Windtree Apartments, LLC, has a principle business address of 9757 Northeast Juanita Drive, Suite 300, Kirkland, Washington 98034. The amount in controversy without interest and costs exceeds $75,000.00.

2. Plaintiff, Andrew Doornbos, is a citizen of El Paso County, Colorado, residing at 4506 Picturesque Circle, Apartment 1, Colorado Springs, CO 80917.

3. On December 18, 2015, at approximately 3:00 p.m., Plaintiff walked to his vehicle and as he approached his truck, there was slush on the ground. Plaintiff could not

see that beneath the slush there was a solid sheet of ice. Mr. Doornbos slipped and fell and heard a loud snap upon impact with the ground.

4. Plaintiff sustained severe injuries and damages as a result of the subject accident of December 18, 2015.

5. Pursuant to C.R.S. §13-21-115, Plaintiff is an invitee and therefore Defendant owes a duty to Plaintiff to make safe those dangerous conditions which it knew of or should reasonably have known of. Defendant did not take reasonable steps to ascertain the dangerous condition or knew of the dangerous condition and did not remediate it and therefore breached it's duty to Plaintiff. Breach of these duties to Plaintiff constitutes negligence.

6. As a direct and proximate result of Defendant's negligence, Plaintiff sustained significant and serious physical injuries necessitating extensive medical treatment. As a further direct and proximate cause of Defendant's negligence, Plaintiff has sustained loss wages, pain and suffering, permanent impairment and disfigurement.

WHEREFORE, Plaintiff requests this Court grant judgment in his favor against Defendant along with compensation for the following:

    a.)     Pain, suffering, and loss of enjoyment of life;

    b.)     Permanent Impairment;

      c.)    Medical expenses and other out of pocket losses;

      d.)    Lost wages, past, present and future;

      e.)    Scarring and disfigurement;

      f.)    Attorney's fees, costs, and interest; and

      g.)    Such other relief as the Court deems just and equitable under the circumstances.

Respectfully submitted this 4th day of December, 2017.

/s/ *Douglas P. Price*

Douglas P. Price

Heuser & Heuser, LLP

625 North Cascade Avenue, Suite 300

Colorado Springs, Colorado 80903

(719) 520-9909 (Phone)

(719) 475-1278 (Fax)

Doug@heuserlaw.com

**Plaintiff's Address:**

4506 Picturesque Circle, Apartment 1,

Colorado Springs, CO 80917.

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, I filed and served a true and correct copy of the foregoing Complaint, via ECF E-Filing System.

/s/ Lori Baumert