IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 17-cv-02893-RBJ

ANDREW DOORNBOS,

    Plaintiff,

v.

WINDTREE APARTMENTS d/b/a Weidner Investment Services, Inc.,

    Defendant.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

This matter has been scheduled for a **three day Jury Trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **January 14, 2019 at 9:00 a.m.**

A Trial Preparation Conference is set for **December 21, 2018 at 1:30 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. The parties are directed to confer prior to the Trial Preparation Conference in order to reach agreement on as many, if not all, of the proposed jury instructions. The proposed stipulated and disputed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least one week in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 8th day of February, 2018

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge