**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02893-STV

ANDREW DOORNBOS,

    Plaintiff(s),

v.

WINDTREE APARTMENTS, LLC,
d/b/a WEIDNER INVESTMENT SERVICE, INC.

    Defendant(s).

---

**JOINT MOTION TO EXTEND THE DEADLINE FOR DESIGNATION OF EXPERTS**

---

Comes now Plaintiff, and Defendant, by and through their respective attorneys and would request the Court to extend the deadline for designation of experts. In support of the same counsels state as follows:

1. The Designation of Experts pursuant to the Court's Scheduling Order is to be completed by June 29, 2018.

2. Plaintiff and Defendant need to take additional depositions to determine what type of expert is needed.

3. Plaintiff's attorney conferred with Defendant's attorney and together have agreed to a joint extension, with the Court's permission.

4. We move that the deadline be extended by 30 days or until July 30, 2018.

Respectfully Submitted this 20th day of June, 2018.

                                            s/ Douglas P. Price
                                            Heuser & Heuser, L.L.P.
                                            625 North Cascade Avenue, Suite 300
                                            Colorado Springs, CO 80903
                                            719-520-9909
                                            doug@heuserlaw.com

/s/ Aaron Bakken
9557 South Kingston Court
Englewood, CO 80112
bakken@gojolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Aaron Bakken
9557 South Kingston Court
Englewood, CO 80112
bakken@gojolaw.com

        s/        Lori Baumert