# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02893-STV

ANDREW DOORNBOS,

    Plaintiff(s),

v.

WINDTREE APARTMENTS, LLC,
d/b/a WEIDNER INVESTMENT SERVICE, INC.

    Defendant(s).

---

### ORDER RE: JOINT MOTION TO EXTEND THE DEADLINE FOR DESIGNATION OF EXPERTS

---

THIS MATTER coming before the Court upon the Joint Motion to Extend the Deadline for Designation of Experts and the Court having reviewed said Motion advised herein,

    HEREBY ORDERS that the Joint Motion to Extend the Deadline for Designation of Experts shall be and hereby is GRANTED.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge