# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02893-STV

ANDREW DOORNBOS,

    Plaintiff(s),

v.

WINDTREE APARTMENTS, LLC,
d/b/a WEIDNER INVESTMENT SERVICE, INC.

    Defendant(s).

---

## PLAINTIFF'S RULE 26(a)(2) EXPERT DISCLOSURES

---

Comes now, the Plaintiff above named, by and through his attorneys, Douglas P. Price, of Heuser & Heuser, L.L.P., and submits his Fed. R. Civ. P. 26(a)(2) Expert Disclosures as follows:

1. Peter Meer, Meer & Company, 4545 East Colfax Avenue, Denver, CO 80220, (303) 905-2025. Mr. Meer was retained to opine regarding maintenance of the Windtree Apartments and the removal of snow and ice.

2. Alexander Simpson, DO., Front Range Orthopaedics, 4105 Briargate Parkway, Suite 300, Colorado Springs, CO 80920 (719) 473-3332. Dr. Simpson is an orthopaedic doctor licensed in Colorado. Dr. Simpson will testify that as a result of the slip and fall on December 18, 2015, Plaintiff obtained a left Trimalleolar ankle fracture requiring surgery.

Respectfully submitted this 24th day of July, 2018.

                                            s/ Douglas P. Price
                                            Heuser & Heuser, L.L.P.
                                            625 North Cascade Avenue, Suite 300
                                            Colorado Springs, CO 80903
                                            719-520-9909
                                            doug@heuserlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2018 I electronically filed the foregoing Plaintiff's Rule 26(a)(2) Expert Disclosures with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Aaron Bakken
9557 South Kingston Court
Englewood, CO 80112
bakken@gojolaw.com

                                            *s/           Lori Baumert*