**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02893-STV

ANDREW DOORNBOS,

    Plaintiff(s),

v.

WINDTREE APARTMENTS, LLC,
d/b/a WEIDNER INVESTMENT SERVICE, INC.

    Defendant(s).

---

PLAINTIFF'S SUPPLEMENTAL RULE 26(a)(2) EXPERT DISCLOSURE

---

Comes now, the Plaintiff above named, by and through his attorneys, Douglas P. Price, of Heuser & Heuser, L.L.P., and submits his Supplemental Fed. R. Civ. P. 26(a)(2) Expert Disclosure as follows:

**A. Pursuant to Fed. R. Civ. P. Rule 26(a)(2), Plaintiff may call the following retained expert at trial in this matter:**

Peter Meer, Meer & Company, 4545 East Colfax Avenue, Denver, CO 80220, (303) 905-2025. Mr. Meer is an expert in residential property management and was retained to opine regarding maintenance of the Windtree Apartments and the removal of snow and ice. Mr. Meer will testify consistent with his report, dated August 21, 2018, attached hereto, and may testify regarding any matters contained therein. Mr. Meer may also testify about the contents of any documents he has reviewed or will review before deposition or trial. He will also testify in rebuttal to any opinions from opposing experts and any documents, exhibits or other evidence regarding the claims that are produced at trial.

He has provided his detailed report dated along with his CV, a list of his publications, the documents he used to come to his opinion and a summary of his

1

expert witness testimony attached hereto. Mr. Meer charges $325 per hour for his general expert witness services and $375 per hour at deposition, trial and appellate work.

Respectfully submitted this 30th day of August, 2018.

        s/ Douglas P. Price
        Heuser & Heuser, L.L.P.
        625 North Cascade Avenue, Suite 300
        Colorado Springs, CO 80903
        719-520-9909
        doug@heuserlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August, 2018 I electronically filed the foregoing Plaintiff's Supplemental Rule 26(a)(2) Expert Disclosures with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Aaron Bakken
9557 South Kingston Court
Englewood, CO 80112
bakken@gojolaw.com

        *s/       Lori Baumert*