**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02893-STV

ANDREW DOORNBOS,

    Plaintiff(s),

v.

WINDTREE APARTMENTS, LLC,
d/b/a WEIDNER INVESTMENT SERVICE, INC.

    Defendant(s).

---

**SECOND JOINT MOTION TO EXTEND THE DEADLINE FOR DESIGNATION OF REBUTTAL EXPERTS**

---

Comes now Plaintiff, and Defendant, by and through their respective attorneys and would request the Court to extend the deadline for designation of rebuttal experts. In support of the same counsels state as follows:

1. The Defendant has called into question Plaintiff's Expert's Opinion and has advised counsel of their intention to file a 702 motion to strike this expert.

2. Plaintiff was unaware of this until the day of the deadline.

3. The parties have agreed to a two-week extension to see if additional opinions will be forthcoming from Plaintiff's expert or if additional experts are needed. If necessary Plaintiff will make their expert available for an additional deposition.

4. Parties have conferred and this Motion is unopposed.

5. We move that the deadline be extended by 2 weeks or until November 13, 2018.

Respectfully Submitted this 31st day of October, 2018.

        s/ Douglas P. Price
        Heuser & Heuser, L.L.P.
        625 North Cascade Avenue, Suite 300
        Colorado Springs, CO 80903
        719-520-9909
        doug@heuserlaw.com


        /s/   Aaron Bakken
        9557 South Kingston Court
        Englewood, CO 80112
        bakken@gojolaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Aaron Bakken
9557 South Kingston Court
Englewood, CO 80112
bakken@gojolaw.com


        *s/           Lori Baumert*