```
00001
 1       IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO
 2
   CIVIL ACTION NO. 17-CV-02893-STV
 3  _____
 4        DEPOSITION OF JEFFREY WAYNE COX
                JUNE 6, 2018
 5  _____
 6  ANDREW DOORNBOS,
 7       Plaintiff,
 8  vs.
 9  WINDTREE APARTMENTS, LLC, d/b/a
    WEIDNER INVESTMENT SERVICE, INC.,
10
         Defendant.
11  _____
12
13       Pursuant to Notice, the deposition of Jeffrey
14  Wayne Cox was taken on behalf of the Plaintiff,
15  pursuant to the Colorado Rules of Civil Procedure, at
16  the Law Offices of Heuser & Heuser, L.L.P., 625 North
17  Cascade Avenue, Suite 300, Colorado Springs,
18  Colorado, at 10:27 a.m., before Annette R. Trefz,
19  Registered Professional Reporter and Notary Public.
20
21
22
23
24
25
00002
 1                   APPEARANCES
 2
 3     FOR THE PLAINTIFF:
 4        HEUSER & HEUSER, L.L.P.
          ATTORNEYS AT LAW
 5        625 NORTH CASCADE AVENUE
          SUITE 300
 6        COLORADO SPRINGS, CO 80903
 7        BY:  MR. DOUGLAS P. PRICE
 8
       FOR THE DEFENDANT:
 9
          GODFREY JOHNSON
10        ATTORNEYS AT LAW
          9557 SOUTH KINGSTON COURT
11        ENGLEWOOD, CO 80112
12        BY:  MR. AARON R. BAKKEN
13
       ALSO PRESENT:  Ms. Susan H. Brigham
14              Claims Manager
             Weidner Apartment Homes
```

**Exhibit A**

```
15
16
17
18
19
20
21
22
23
24
25
```
00003
```
 1              I N D E X
 2
 3  Witness        Examination    Re-Examination
 4  JEFFREY WAYNE COX
 5    By Mr. Price      4
 6
            E X H I B I T S
 7
                 INITIAL REFERENCE
 8
 9  5 - Weidner Property Management Calendar    17
       (December 2015)
10
11          PREVIOUSLY MARKED EXHIBITS
12
13  2 - Printed color photo (Windtree.00065)    26
14     (Marked in the deposition of Michael Malone)
15
16
17
18
19
20
21
22
23
24
25
```
00004
```
 1           WHEREUPON, the following proceedings
 2  were had:
 3           IT WAS STIPULATED AND AGREED the
 4  within proceedings were taken pursuant to the
 5  Colorado Rules of Civil Procedure.
 6           WHEREUPON,
 7           JEFFREY WAYNE COX,
 8  the witness herein, having been first duly sworn to
 9  tell the truth, the whole truth, and nothing but the
10  truth, was examined and testified on examination as
11  follows:
12               EXAMINATION
13  BY MR. PRICE:
```

14    Q   Sir, can you please tell us your name and
15  spell your last name.
16    A   Jeffrey Wayne Cox, C-O-X.
17    Q   Mr. Cox, my name is Doug Price. I'm the
18  attorney that's representing Andrew Doornbos.
19        Have you ever had a deposition taken?
20    A   Yes.
21    Q   So you're familiar with -- and you're
22  giving great answers, so it has to be yes or no. You
23  also are a head nodder like I am. Head nods don't
24  pick up for her, so make sure you answer yes or no.
25    A   Okay.
00005
1    Q   Let me ask the full question and then give
2  your response. I'll try not to talk over you. If I
3  do, I apologize ahead of time.
4        And Cox is spelled C-O-X; is that right?
5    A   Yes.
6    Q   How long have you lived in Colorado
7  Springs, Mr. Cox?
8    A   30 years.
9    Q   Okay. Where did you grow up?
10    A   North Carolina.
11    Q   All right. What brought you to Colorado
12  Springs?
13    A   Army.
14    Q   All right. And did you do your full 20
15  years in the Army?
16    A   No, eight years.
17    Q   All right, wonderful. What was your rank
18  when you got out of the Army?
19    A   E-4 promotable.
20    Q   And with regard to that, what brought you
21  to Weidner?
22    A   I needed a job.
23    Q   And how long have you been with Weidner?
24    A   November will be 24 years.
25    Q   Excellent. Congratulations.
00006
1    A   Thank you.
2    Q   What did you start off doing for Weidner?
3    A   Started off painting for Weidner; painter.
4    Q   All right. And back in December of 2015,
5  do you know where you were working for Weidner?
6    A   I was working at Windtree Apartments.
7    Q   Do you still work at Windtree Apartments?
8    A   Yes, I do.
9    Q   And how long have you been at Windtree
10  Apartments?
11    A   Four years.
12    Q   So had you just started at Windtree
13  approximately a year before this incident?
14    A   Yes.
15    Q   And what did you start doing for Windtree

16  Apartments back then?
17    A   What did I start doing?
18    Q   What were your responsibilities?
19    A   I was service manager.
20    Q   Okay. Tell me what service manager means.
21    A   Provide customer service, making sure that
22  the apartments are up to status.
23    Q   All right. So is it just solely apartments
24  or do you do other things, too?
25    A   I do other things; take care of the pools,
00007
1  take care of the grounds.
2    Q   All right. In the wintertime, what do you
3  do?
4    A   Wintertime, we do snow removal.
5    Q   All right. And it's my understanding that
6  some of that snow removal is handled by other people
7  within Weidner; is that correct?
8    A   Correct.
9    Q   And who are those people?
10    A   The landscapers of Weidner.
11    Q   All right. And was that the circumstance
12  in 2015, December of 2015, that the landscapers
13  handled the snow removal?
14    A   Yes.
15    Q   Tell me back in December of 2015 your
16  recollection of them doing snow removal. What do you
17  remember?
18    A   I can't remember a single thing about that,
19  to be honest with you.
20    Q   Okay. And why is that?
21    A   I just can't recall.
22    Q   It was about two and a half years ago.
23    A   Something like that.
24    Q   Okay. So your responsibilities back then
25  -- Did you have your own office or where were you
00008
1  set-up?
2    A   I don't have my own office. Say that
3  question again.
4    Q   Where did you set up for your
5  responsibilities in December of 2015? And I guess
6  the question was: Did you have an office? Did you
7  have a room that you had all your equipment stored
8  in? Where did you call your work space?
9    A   I'm kind of confused on that, because I
10  don't understand what you're getting at with that.
11    Q   And so when you came in --
12    A   On that particular day?
13    Q   No, I'm going back just in December of
14  2015, when you'd report to work every day, give me
15  your schedule.
16    A   Come to work, we meet in the shop to
17  discuss what's going on for the day.

```
18   Q   There's a shop area there?
19   A   Right.
20   Q   Where's that located?
21   A   Adjacent to the office.
22   Q   All right. And what's in the shop area?
23   A   Supplies, mostly, parts.
24   Q   And, obviously, you did a lot of different
25  things. Were your duties still painting at that time
```
00009
```
 1  or were you more a supervisor?
 2   A   I was more of a supervisor.
 3   Q   All right. And in December of 2015, do you
 4  recall who was working underneath you that you
 5  supervised?
 6   A   Jason Punzal and -- What was his name?
 7  I'll say Christian. I can't remember his last name.
 8   Q   Okay. And what were their
 9  responsibilities?
10   A   They were my groundsmen and my service
11  tech.
12   Q   All right. And was Mr. Punzal the
13  groundsman or was he a service tech or was he both?
14   A   He was both, grounds/tech.
15   Q   The same with Christian?
16   A   Christian, yes. He was more of a service
17  tech than a groundsman, though.
18   Q   All right. How long did Mr. Punzal work
19  with you -- for you?
20   A   I want to say about a year. I'm not
21  exactly sure.
22   Q   Was he a good employee?
23   A   Yes, he was a good employee.
24   Q   On time and did what you asked him to do?
25   A   Yes.
```
00010
```
 1   Q   And when was he required to report to work
 2  and when did he leave, back in December of 2015?
 3   A   8:00 a.m. to 5:00 p.m.
 4   Q   All right. And his sole obligation was to
 5  check the grounds and maybe do some tech work,
 6  service tech work, for Windtree Apartments, no place
 7  else, correct?
 8   A   Correct.
 9   Q   All right. For the duty of snow removal,
10  did that fall to him, also?
11   A   Yes.
12   Q   All right. And what about yourself; were
13  you also responsible for that?
14   A   Yes.
15   Q   All right. That snow removal, did it
16  involve just the sidewalks and the stairs going in
17  and out of the apartments?
18   A   Mostly. We do parking lots every now and
19  then.
```

20   Q   And what would cause you to do the parking
21 lots every now and then?
22   A   Because of the weather, the snow would be
23 there and it would melt and it would lay onto the
24 road and you'd take ice picks and try to get it up.
25   Q   Okay. It's kind of somewhat of a sloped
00011
1 parking lot, would you agree --
2   A   Yes.
3   Q   -- for drainage purposes?
4   A   Yes.
5   Q   And you'd have ice buildup; is that what
6 you're talking about?
7   A   Yes.
8   Q   All right. Let's talk about -- We
9 mentioned the fact that some of that snow removal
10 fell to the main office. Is that an accurate
11 description? The trucks is what I'm talking about
12 that would come out.
13   A   Right, correct.
14   Q   And who was in charge of making the
15 decision to bring the trucks out?
16   A   I would say the regional director, Dustin.
17   Q   He would make the determination whether the
18 trucks got sent out or not?
19   A   Yes.
20   Q   Could you request those, or would it be Mr.
21 Malone that could request them, or was it solely the
22 regional office?
23   A   I would say we all had a part in it. I
24 would say mostly regional. Because Dustin, it was
25 his call, but if I was out there and noticed
00012
1 something needed some attention, we'd call and tell
2 him to come in and help out.
3   Q   We previously heard that there is a book
4 that describes snow removal, or there may be
5 procedures and policies and procedures describing
6 snow removal.
7       Do you know anything about that?
8   A   Yes.
9   Q   Okay. Tell me what your knowledge of that
10 is.
11   A   That book informs us the procedures of when
12 to come in, the time to come in, how much snow that
13 accumulates for us to come in, make sure everyone's
14 there within 24 hours to get the snow taken care of.
15   Q   It's a big concern; is that right?
16   A   Yes, absolutely.
17   Q   And your recollection for the trucks to
18 come out and plow the snow out, how much snow has to
19 be on the ground?
20   A   I couldn't answer how much snow needs to be
21 on the ground, but they'll come out when there is

```
22  snow.
23     Q   All right, sounds good.  And in terms of
24  ice, what do you guys do about ice collection?
25     A   Ice Melt.  We put down a lot of Ice Melt,
00013
 1  especially in the shaded areas.  We hit those really
 2  hard, because they need more attention.
 3     Q   And like you said, you have areas for
 4  drainage that you have to get out and actually do
 5  picks?
 6     A   Right.
 7     Q   All right.  When did you find out that my
 8  client, Mr. Doornbos, had fallen?
 9     A   Recently.
10     Q   Recently?
11     A   Yes.
12     Q   No one told you that he'd fallen in the
13  parking lot --
14     A   No.
15     Q   -- back on December 18th of 2015?
16     A   No.
17     Q   All right.  I've heard a little bit from
18  Mr. Malone, who was here before you, about some
19  training, the manuals we just discussed.
20         What does -- and I say "corporate," but
21  what does Weidner expect you to do in terms of those
22  things?  Do they have a schedule for you to undergo
23  training or anything like that?
24     A   We have training classes once a month,
25  Wednesdays end of every month.  We go over certain
00014
 1  protocols depending on the year; summertime's AC,
 2  wintertime's snow removal.  It depends on the nature.
 3     Q   Okay.  And was that going on back in
 4  December of 2015?
 5     A   I would say yes, but by my memory, I can't
 6  recall.
 7     Q   I understand.
 8     A   Because we always have meetings.  We always
 9  go over those things.
10     Q   Okay.  Who sets those up for you?
11     A   Our regional director.
12     Q   All right.  And that, I think we said, is
13  Ms. Dishion; is that correct?  Laurie?
14     A   Lauriza Dishion.
15     Q   Dishion?
16     A   Yes.
17     Q   She sets those up for you?
18     A   To my knowledge, yes.
19     Q   Does she attend?
20     A   Yes.
21     Q   And she's kind of like a floater, is that
22  right, among all of the apartment complexes?
23     A   That's correct.
```

24     Q   And when she comes out and sets those up,
25  is it you, or is it you and your staff, or is it all
00015
1   of the apartment complex staff who attends those?
2      A   It varies.  Sometimes it's just Windtree
3   and sometimes it's the whole team.
4      Q   When you say "the whole team," what do you
5   mean by that?
6      A   Certain apartments that are on a certain
7   team.
8      Q   Okay.  So what would a typical snow removal
9   video be like?
10     A   As far as?
11     Q   Instruction purposes, what would it
12  contain?
13     A   It would contain me calling everyone up,
14  getting them in, getting the shovels going out,
15  hitting the steps, hitting the sidewalks.  After we
16  do all of that, we would go back and we would throw
17  Ice Melt.
18     Q   All right.  And so was it more Ms. Dishion
19  coming out and telling you to do those things, or did
20  she have like a video presentation about doing it?
21     A   We would just talk about it and go over it
22  and discuss it.
23     Q   All right.  And she would discuss what with
24  you?  Why was this so important?
25     A   Why was?
00016
1      Q   It's a dumb question, and I apologize for
2   it but I have to ask it.
3          What did you think was the importance of
4   her coming out and giving you this instruction?
5      A   To make sure we do the job, get it done,
6   make sure it gets done.
7      Q   And make sure that nobody gets injured --
8      A   Correct.
9      Q   -- because there's accumulation of snow and
10  ice, correct?
11     A   Correct.
12     Q   All right.  Mr. Punzal, how long did -- Did
13  he work for you after December of 2015?  Do you
14  remember him?
15     A   Jason Punzal?
16     Q   Yeah.
17     A   I remember him.  As far as the date goes,
18  I'm a little iffy on that.  I would say a year.  I
19  can't recall.
20     Q   Okay.  And you also said that your
21  recollection, in terms of this, you didn't go out on
22  the day that the ambulance and the fire truck was
23  there with Mr. Doornbos?
24     A   I didn't see that, no.
25     Q   Okay.  Do you know whether you were working

00017
1  on December 18th, 2015?
2      A   I have no idea. I can try to backtrack it.
3      Q   Okay. I'm going to show you something.
4  And let's go ahead and mark this as Deposition
5  Exhibit No. 5.
6          (Exhibit No. 5 was marked.)
7  BY MR. PRICE:
8      Q   Do you recognize this document?
9      A   Yes, I do.
10     Q   Okay. And how do you recognize that
11 document?
12     A   By my handwriting.
13     Q   All right. And if this document has been
14 represented to have been from December of 2015, that
15 would, in fact, be your handwriting on there?
16     A   Yes.
17     Q   And where did the format, the template, if
18 you will, come from to make that document? Who gave
19 that to you?
20     A   It was there when I got to Windtree,
21 copies.
22     Q   And so it's actually a piece of paper?
23 It's not on a computer or anything like that that you
24 do this on?
25     A   Not to my knowledge, no.
 00018
1      Q   And what happened with that document every
2  month when you filled it out?
3      A   I file it.
4      Q   With who?
5      A   I filed it in my shop filing cabinet.
6      Q   All right. And with this particular
7  document, you would have continued to have filled
8  this document out for the rest of the month; is that
9  right?
10     A   Yes.
11     Q   Okay. And on this document, it only goes
12 through the 19th; is that right?
13     A   Yes.
14     Q   And do you know why that is?
15     A   I don't know.
16     Q   All right. So there would be a document
17 that exists for the full month of December --
18     A   Yes.
19     Q   -- of 2015?
20     A   Yes.
21     Q   And are those documents retained by you,
22 then?
23     A   Yes.
24     Q   All right. So there isn't --
25     A   This --
 00019
1      Q   Go ahead. I'm sorry.

2   A   I'm thinking maybe this was for this
3   purpose only, is the reason it was cut off. I'm not
4   sure, but that's what I'm thinking here.
5   Q   All right. And tell me when you record the
6   temperature for the day and how you do that.
7   A   I get up in the morning and I listen to the
8   weather, and throughout the day I will check on my
9   phone and see what the temperature is. And before it
10  starts getting too cool, I see what the highest
11  temperature is and I log it into my sheet here, the
12  highs and the lows and what the weather is going to
13  be for that day, the temperature, partly cloudy or
14  sunny.
15  Q   You don't have a thermometer there in the
16  -- you may, but you get it off your phone, correct?
17  A   Correct.
18  Q   All right. And is there any particular
19  location that you use for the high and low for that
20  day or is it just the general location for Colorado
21  Springs?
22  A   It's the location where I'm at.
23  Q   Okay. And how does that happen? I don't
24  understand. You say you get it off your phone?
25  A   Right. It says area code. It will say
00020
1   80917 or --
2   Q   Okay. So you use that area code --
3   A   Right.
4   Q   -- to tie it into the specifics? Because
5   you and I both know living here --
6   A   It varies.
7   Q   -- it will be hailing up north and down
8   south it's sunny.
9   A   Right.
10  Q   So it's specific to that area code. And
11  then you -- Do you just take the high and low
12  temperature during the day, or do you do it when you
13  start your day, or do you do it when you're finished
14  with your day?
15  A   I do it like in the middle of the day.
16  Q   Okay.
17  A   That way when the temperature varies I know
18  if it's going to get hotter or colder, if it changes.
19  Q   Okay. Then who writes in snow removal? I
20  see there's some notations in there on that
21  document.
22  A   I do.
23  Q   You do?
24  A   Yes.
25  Q   That's your handwriting on there?
00021
1   A   Yes.
2   Q   And Ice Melt, the same thing?
3   A   Yes.

4   Q   Okay. If you ordered Mr. Punzal to go out
5   and remove some of the ice and things like that from
6   the parking lot, would that be noted on there or is
7   that a different document?
8   A   That would be noted.
9   Q   Okay. Do you ever have requests to go out
10  and take pictures of any of the places where somebody
11  slipped and fell or anything like that?
12  A   Have I ever?
13  Q   Yes.
14  A   No.
15  Q   Okay. And is Mr. Dunbar, is that one of
16  the people that is in charge of having the snow
17  removal equipment come out, Bobby Dunbar?
18  A   Yes.
19  Q   Okay. And once again, is that your call to
20  make, or is that his call, or is that Mr. Malone's
21  call, or whose decision is it?
22  A   It's usually Bobby's call.
23  Q   Did you ever see, back in December of 2015
24  -- and I understand that that's kind of going back
25  there, but did Mr. Malone, Ms. Rosales or Mr. Landa
00022
1   ever come out and help you shovel snow?
2   A   Yes.
3   Q   And so in December of 2015, they would have
4   been out there helping, also?
5   A   I can't say. They usually help.
6   Q   Okay. All right. If we get a big snow --
7   A   Yes, they will help.
8   Q   -- and you guys have a big snow, they're
9   out there helping?
10  A   Yes.
11  Q   All right. As part of your responsibility,
12  do you have to go out and walk the grounds?
13  A   Yes.
14  Q   And how often do you do that a day?
15  A   Every day.
16  Q   One time or more than once?
17  A   Once.
18  Q   Okay. So when we talk walking the grounds,
19  tell me what that entails.
20  A   Usually I trash the grounds every morning.
21  Q   I'm sorry, I don't understand what that
22  means.
23  A   Picking up trash every morning.
24  Q   So that's you?
25  A   Yes, me and my employees.
00023
1   Q   All right. And so the two other employees
2   that you've described, Mr. Punzal and Chris, back in
3   December, you would have gone out, you would have
4   walked the grounds that day. And is that first thing
5   in the morning?

 6   A   Yes.
 7   Q   Okay. And if you noticed snow or ice on
 8  the sidewalks, that's when the snow melt comes out;
 9  is that correct?
10   A   Yes.
11   Q   Where do you get the snow melt?
12   A   We get it from regional. Dustin Halcomb,
13  the regional manager, he calls us all for a meeting.
14  We get together, and there's big pallets of Ice Melt,
15  and we all get our fair share of it and take it to
16  our properties.
17   Q   And then it's put in the storage unit where
18  your shop is?
19   A   Correct.
20   Q   Tell me about the differences in terms of
21  Ice Melt. Do you guys just use one product?
22   A   Yes. As far as Ice Melt goes, we use one
23  product.
24   Q   It's my understanding there may be some
25  kind of products that last longer than others; is
  00024
 1  that correct?
 2   A   Correct.
 3   Q   Where do you get yours from? Do you know
 4  what brand you use?
 5   A   It's been awhile since I looked at it. No,
 6  I don't.
 7   Q   And does it come in a bucket, or does it
 8  come in bags? Or I should preface that -- I'll go
 9  back. In December of 2015, did it come in buckets or
10  bags?
11   A   Bags.
12   Q   Bags?
13   A   Yes.
14   Q   All right. Would you folks then take it
15  and put it into buckets?
16   A   Yes.
17   Q   And the reason for that is?
18   A   Easier access to get out and spread out.
19   Q   Okay. And when you spread it out, do you
20  do that by hand, do you have a shovel, or do you have
21  a spreader?
22   A   Spread it out by hand.
23   Q   Okay. Have you ever been present when the
24  snow trucks come through and scrape the snow?
25   A   Yes.
  00025
 1   Q   In December of 2015, were those trucks just
 2  like a regular pickup truck or what were they like?
 3   A   Regular pickup truck.
 4   Q   And would it have a blade on the front?
 5   A   Yes.
 6   Q   And those are also owned by Weidner,
 7  correct?

8   A   Yes.
9   Q   All right. Tell me about the back end of
10  the pickup truck. What did it have on it?
11  A   A container that has dirt, shoots dirt out
12  as it goes on. I don't know what it's called, but
13  that's what's on the back of it.
14  Q   And would it frequently also be used in the
15  parking lot?
16  A   Yes.
17  Q   And what was the purpose of that?
18  A   Try to melt the ice.
19  Q   Would it have Ice Melt in it, or was it
20  sand, or dirt, or what was it?
21  A   I want to say dirt.
22  Q   Okay. And this Dustin that you talked
23  about, was his name Dustin Halcomb; is that correct?
24  A   Yes.
25  Q   All right. So no one made you aware of the
00026
1   fact that back on December 18th, 2015, somebody
2   slipped and fell and broke a bone?
3   A   No.
4   Q   And so nobody came and said, Hey, we had
5   somebody get injured. I want you to go over there
6   and throw Ice Melt or do this or do that?
7   A   No, I'm not saying it didn't happen to
8   someone else, but it didn't to me.
9   Q   You don't remember it; is what you're
10  saying?
11  A   Right.
12  Q   I understand.
13      I'm going to show you a picture here, and
14  this is Deposition Exhibit No. 2. It's kind of hard
15  to see, but maybe you can see it. I'm going to point
16  to it.
17      It appears that there's a bucket right
18  there. Does that look like something that you would
19  have and use in your service?
20  A   Yes.
21  Q   And what would you use that bucket for?
22  A   Ice Melt.
23  Q   All right. And it wouldn't be common to
24  leave that underneath somebody's portico, or whatever
25  you call that?
00027
1   A   No.
2   Q   Okay. Were you given any kind of written
3   work orders for the parking lot? Specifically back
4   in December of 2015, did somebody write and say we
5   want it, you know, broken up, ice broken up or
6   anything like that?
7   A   No, not to my knowledge.
8   Q   And you know way back when I worked in the
9   maintenance industry for an oil company, it was

10 always, Hey, school boy, you go do this. And that's
11 what they told me. And no disrespect meant to me,
12 but that's how I got my orders. I didn't get a
13 written order telling me to go do that.
14     In terms of your circumstances, if
15 something came up would you write up a written order
16 for Mr. Punzal or Chris to go do something? Was it a
17 written request or was it spoken to them?
18   A   Usually spoken.
19   Q   All right. Are you aware of any written
20 requests that were given to you from management to do
21 anything about the parking lot in December of 2015?
22   A   No.
23   Q   Okay. One final question. Do you have any
24 recollection -- and I think I know the answer to this
25  -- but do you have any recollection of December of
 00028
1  2015 working there?
2    A   No, I don't. I'm sorry. I can barely
3  remember a month sometimes, it seems like.
4       MR. PRICE: I don't have any further
5  questions.
6       MR. BAKKEN: No questions.
7
8       ...Thereupon, at 10:54 a.m., the taking of
9  the witness' testimony was concluded...
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
 00029
1           CERTIFICATE OF WITNESS
2  STATE OF COLORADO )
            ) ss:
3  COUNTY OF EL PASO )
4
      I, Jeffrey W. Cox, a witness in the above
5  deposition, do hereby acknowledge that I have read
   the foregoing transcript of my testimony, and state
6  under oath that it, together with any attached
   amendment to the deposition, constitutes my sworn
7  testimony.

```
 8      I have ( )  have not ( ) made corrections on
    the attached amendment to the deposition form.
 9
10              _____
                       Jeffrey W. Cox
11
12      Subscribed and sworn to before me this
13  _____ day of _____, 2018.
14
15              _____
                       Notary Public
16                    State of Colorado
17          Address:  _____
18                    _____
19                    _____
20
            Commission:  _____
21
22
23
24
25
 00030
 1          CERTIFICATION OF COURT REPORTER
 2
    STATE OF COLORADO )
 3                    ) ss:
    COUNTY OF EL PASO )
 4
 5       I, Annette R. Trefz, RPR and Notary Public
    within and for the State of Colorado, contracted to
 6  take the deposition of Jeffrey W. Cox, do certify
    that before the deposition the witness was duly sworn
 7  by me to testify to the truth; that the said
    deposition was taken by me at 10:27 a.m., on June 6,
 8  2018; then reduced to typewritten form consisting of
    30 pages herein; that the foregoing is a true
 9  transcript of the questions asked, testimony given,
    and proceedings had.
10
        I further certify that I am not related to  any
11  party herein or their Counsel, and have no interest
    in the result of this litigation.
12
        IN WITNESS WHEREOF, I have affixed my
13  signature this 16th day of June, 2018.
14
15
16              _____
                  Annette R. Trefz
17                 RPR and Notary Public
                  Within and for the
18                 State of Colorado
19                 My Commission Expires: 2-1-22
```

20
21
22
23
24
25