IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 17-cv-02893-RBJ | Date: December 21, 2018 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| ANDREW DOORNBOS  **Plaintiff** | *Douglas P. Price* |
| v. | |
| WINDTREE APARTMENTS LLC  **Defendant** | *Aaron R. Bakken*  *Lily E. Nierenberg* |

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

Court in Session:  1:31 p.m.

Appearance of counsel.

Discussion held on *in limine* issues.

**ORDERED:   [42] Defendant's Motion *In Limine* is GRANTED IN PART and DENIED IN PART, as stated on the record.**

Jury instructions reviewed and ruled upon as stated on the record.

Court in Recess:  2:09 p.m.          Hearing concluded.          Total time in Court:  00:38